AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 cr 10459 |
| HENRY CARIBE, | ) | |
| A/K/A "KING 40CAL" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Henry Caribe, a/k/a "King 40Cal"                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, MA

Brenda _____ Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JONATHAN CASSIANO, | ) | Case No.  19cr10459 |
| A/K/A "KING LEGEND" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jonathan Cassiano, a/k/a "King Legend"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:      12/04/2019                                    _____
                                                         *Issuing officer's signature*

City and state:      Boston, MA                          _____
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                            *Arresting officer's signature*<br><br>                                            _____<br>                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| ANTOINE GOODSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Antoine Goodson                                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition

Date:     12/04/2019                                          _____
                                                                                *Issuing officer's signature*

City and state:     Boston, MA                         Brendan Garvin Deputy Clerk
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                          _____<br>                                                                                *Arresting officer's signature* |
| _____<br>                                                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| DEREK SOUTHWORTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Derek Southworth                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, MA

Breton County Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court

for the

District of Massachusetts

United States of America
v.
ISSAC FELIX-RIVERA,
A/K/A "KING IZZY"

)
)
)
)
)
)

Case No. 19-CR-10459

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Issac Felix-Rivera, a/k/a "King Izzy"                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                          _____
                                                                        *Issuing officer's signature*

City and state:      Boston, Massachusetts              _____ Deputy Clerk

| Return |
| --- |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                   _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KEVIN GUADALUPE, | ) | Case No.  19-CR-10459 |
| A/K/A "KING MILLY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Kevin Guadalupe, a/k/a "King Milly"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _Arresting officer's signature_ |
|          _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHELTON JOHNSON, | ) | Case No.  19-CR-10459 |
| A/K/A "KING SHELLS" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Shelton Johnson, a/k/a "King Shells"                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                                            _____
                                                                    *Issuing officer's signature*

City and state:     Boston, Massachusetts                    Brendan _____ Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                            *Arresting officer's signature*<br><br>                                            _____<br>                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TYSON JORGE, | ) | Case No.  19- CR-10459 |
| A/K/A "KING MUSIC" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Tyson Jorge, a/k/a "King Music"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

*Issuing officer's signature*

City and state:     Boston, Massachusetts

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | )  |
|---|---|
| v. | ) |
| EMANUEL LOPEZ-VELEZ, | )  Case No.  19 - CR-10459 |
| A/K/A "MANNY" | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Emanuel Lopez-Velez, a/k/a "Manny"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                        _____
                                                            *Issuing officer's signature*

City and state:    Boston, Massachusetts            _____
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                          *Arresting officer's signature* |
|                                          _____ |
|                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>LUIS MENDEZ,<br>A/K/A "KING PRIMO"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19 - CR - 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Luis Mendez, a/k/a "King Primo"                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019
                                                            _____
                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts
                                                            Brendan Gavin, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                            *Arresting officer's signature*<br><br>                                                            _____<br>                                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAEKWON PARIS, | ) | Case No.  19- CR - 10459 |
| A/K/A "KING DEBO" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Raekwon Paris, a/k/a "King Debo"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:       12/04/2019

*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| | | |
| Date: _____ | _____ | |
| | *Arresting officer's signature* | |
| | | |
| | _____ | |
| | *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAYCO REYES-SMITH, | ) | Case No. 19 - CR - 10459 |
| A/K/A "KING JAVY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jayco Reyes-Smith, a/k/a "King Javy"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing Officer's signature*

City and state:    Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS SANTIAGO, | ) | Case No.  19-CR-10459 |
| A/K/A "KING TINY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Luis Santiago, a/k/a "King Tiny"                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brenda Corvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                             _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERTO VARGAS, | ) | Case No.   19-CR-10459 |
| A/K/A "KING ROYALTY" | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Roberto Vargas, a/k/a "King Royalty"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019
_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brenda Garvey, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>                                        *Arresting officer's signature*<br><br>                                        _____<br>                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
JOSE VASQUEZ,
A/K/A "KING FEARLESS"

_____
*Defendant*

| | |
|---|---|
| ) | Case No. 19 cr 10459 |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jose Vasquez, a/k/a "King Fearless"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court

for the

District of Massachusetts

| United States of America | )  |
| v. | )  Case No. 19 cr 10459 |
| NATANAEL VELAZQUEZ, | ) |
| A/K/A "KING NAEL" | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Natanael Velazquez, a/k/a "King Nael"                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:        12/04/2019
                                                        _____
                                                             *Issuing officer's signature*

City and state:      Boston, Massachusetts                Brendan Dempsey, Deputy Clerk
                                                             *Printed name and title*

| Return |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        _____ |
|                                         *Arresting officer's signature* |
|                            _____ |
|                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| ALVIN MOJICA, | ) | |
| A/K/A "KING HUMBLE" | ) | |
|  | ) | |
|  | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Alvin Mojica, a/k/a "King Humble"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Distribution and Possession with Intent to Distribute Cocaine

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan_____ Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| HECTOR ADORNO, | ) | |
| A/K/A "KING GORDO" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

         **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Hector Adorno, a/k/a "King Gordo"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:     12/04/2019                                                    _____
                                                                              *Issuing officer's signature*

                                                                        Brendan Garvin, Deputy Clerk
City and state:    Boston, MA                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
    v.
    DAIRON RIVERA,
    A/K/A "KING MAFIA"

)
)
)
)
)
)

Case No. 19cr10459

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Dairon Rivera, a/k/a "King Mafia"    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

    21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:    12/04/2019                                              
*Issuing officer's signature*

City and state:    Boston, MA                Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
|        This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| SOPHIA VELASQUEZ, | ) | |
| A/K/A "QUEEN SOPHIA" | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sophia Velasquez, a/k/a "Queen Sophia"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, MA

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JESUS DIAZ, | ) Case No. 19cr10459 |
| A/K/A "KING KIKO" | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jesus Diaz, a/k/a "King Kiko"                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, MA

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JUAN FIGUEROA,<br>A/K/A "KING PUN" | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19 cv 10459

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Juan Figueroa, a/k/a "King Pun"                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ISRAEL RODRIGUEZ,<br>A/K/A "KING IMPERIAL" | )<br>)<br>)  Case No.  19cr 10459<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Israel Rodriguez, a/k/a "King Imperial"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                                            _____
                                                                            *Issuing officer's signature*

City and state:     Boston, Massachusetts               Brendan Garvin, Deputy Clerk
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                            *Arresting officer's signature*<br><br>                                                            _____<br>                                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| ALFRED NIEVES, | ) | |
| A/K/A "KING ALFY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Alfred Nieves, a/k/a "King Alfy"                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019
                                                                    _____
                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts            Brendan Garvin, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____<br>                                                          *Arresting officer's signature*<br><br>                                                          _____<br>                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MARLON RIVERA, | ) Case No. 19cr10459 |
| A/K/A "KING PLUTO" | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Marlon Rivera, a/k/a "King Pluto"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                    _____
                                                            *Issuing officer's signature*

City and state:    Boston, Massachusetts          Brendan Garvin, Deputy
                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| INES LUGO, | ) | Case No. 19cr10459 |
| A/K/A "QUEEN CHINA" | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ines Lugo, a/k/a "Queen China"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan Gavvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr 10459 |
| JEREMIA MEDINA, | ) | |
| A/K/A "KING SWEEPY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Jeremia Medina, a/k/a "King Sweepy" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ❑ Superseding Indictment       ❑ Information       ❑ Superseding Information       ❑ Complaint
❑ Probation Violation Petition       ❑ Supervised Release Violation Petition       ❑ Violation Notice       ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019                                          _____
                                                              _Issuing officer's signature_

City and state:     Boston, Massachusetts         Brendan Garvin, Deputy Clerk
                                                              _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ <br> at _(city and state)_ _____ . <br><br> Date: _____                          _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

BIENVENIDO NUNEZ,
A/K/A "KING APACHE"

Defendant

Case No. 1 9cr 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Bienvenido Nunez, a/k/a "King Apache"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.
TANAIRY RUIZ,
A/K/A "QUEEN TANAIRY"

)
)
)
)
)
)

Case No. 19cr 10459

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Tanairy Ruiz, a/k/a "Queen Tanairy"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____    _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| XAVIER VALENTIN-SOTO, | ) | |
| A/K/A "KING X" | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Xavier Valentin-Soto, a/k/a "King X"                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:       12/04/2019                                          _____
                                                                                *Issuing officer's signature*

City and state:      Boston, Massachusetts                Brendan Garvin, Deputy Clerk
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____<br>                                                    *Arresting officer's signature*<br><br>                                                    _____<br>                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| JOEL FRANCISCO, | ) | |
| A/K/A "KING CASPER" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joel Francisco, a/k/a "King Casper"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019                                    _____
                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts                Brendan Garvin, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| ERIC THOMAS, | ) | |
| A/K/A "KING E" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Eric Thomas, a/k/a "King E"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

Brendan Garvan, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature*  _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SHAUN HARRISON, | )  Case No.  *19 - CR - 10455* |
| A/K/A "REV" | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shaun Harrison, a/k/a "Rev"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  _____12/04/2019_____

                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts                Brendan, Gavin, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                                    _____ |
|                                                               *Arresting officer's signature* |
| |
|                                                               _____ |
|                                                               *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
VINCENT DZIERWINSKI,
A/K/A "KING VICE"

_____
Defendant

| |
|---|
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |

Case No.  19 - CR - 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Vincent Dzierwinski, a/k/a "King Vice"                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ❑ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  ___12/04/2019___

_____
Issuing officer's signature

City and state:   Boston, Massachusetts

Brendan Garvin, Deputy Clerk
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .  Date: _____      _____  Arresting officer's signature  _____  Printed name and title |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. $1G - CR - 10459$ |
| WILSON PEGUERO, | ) | |
| A/K/A "KING DUBB" | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Wilson Peguero, a/k/a "King Dubb"                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ALEXIS PEGUERO, | ) Case No.  19 CR 10459 |
| A/K/A "KING LEXI," A/K/A "KING LOONEY" | ) |
| | ) |
| | ) |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Alexis Peguero, a/k/a "King Lexi," a/k/a "King Looney"                  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____           _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 CR 10459 |
| MATTHEW PALACIOS, A/K/A "KING NENE" | ) ) ) ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Matthew Palacios, a/k/a "King Nene"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Garin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
STEVEN FAMILIA VALDEZ,
A/K/A "KING HAZE"

Defendant

)
)
)
)
)
)

Case No. 19 CR 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Steven Familia Valdez, a/k/a "King Haze"                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

City and state:    Boston, Massachusetts

_____
*Issuing officer's signature*

Brendan Lavin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.
DANTE LARA,
A/K/A "KING NASTY"

)
)
)
)
)
)

Case No. 19 cr 10459

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Dante Lara, a/k/a "King Nasty"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

City and state:     Boston, Massachusetts

_____
*Issuing officer's signature*

Breon Gavin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT LARA, | ) | Case No.  19 CR 10459 |
| A/K/A "KING RIZZ" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Robert Lara, a/k/a "King Rizz"                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019
                                                         _____
                                                         *Issuing officer's signature*

City and state:    Boston, Massachusetts
                                                         Breon Garvin Deputy Clerk
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                  _____<br>                                                         *Arresting officer's signature*<br><br>                                                         _____<br>                                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANGEL ORTIZ, | ) | Case No. 19 CR - 10459 |
| A/K/A "KING ABBY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Ortiz, a/k/a "King Abby"                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                                           _____
                                                                                            *Issuing officer's signature*

City and state:      Boston, Massachusetts                    Bradan Gavin, Deputy Clerk
                                                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| |
| Date: _____                    _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANGEL RODRIGUEZ, | ) | Case No.   19 CR 10459 |
| A/K/A "KING ACE" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Rodriguez, a/k/a "King Ace"                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Gavin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.
ALEXIS VELASQUEZ,
A/K/A "KING BOOBOO"

)
)
)
)
)
)

Case No.    19 - CR · 10459

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Alexis Velasquez, a/k/a "King Booboo"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                    _____
*Issuing officer's signature*

City and state:    Boston, Massachusetts            Brendan Leavvy Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ANGEL CALDERON,
A/K/A "KING BAM"

_____
Defendant

)
)
)
)
)
)

Case No.  19 CR 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Calderon, a/k/a "King Bam"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:         12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

Brendan Leavur, Deputy Clerk
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>OSCAR PENA,<br>A/K/A "KING O-BLOCK"<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   19 CR 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Oscar Pena, a/k/a "King O-Block"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin  Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____        _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE RODRIGUEZ | ) Case No.   19 CR 10459 |
| A/K/A "KING STUTTER" | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jose Rodriguez, a/k/a "King Stutter"                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date: _____12/04/2019_____

                                                      *Issuing officer's signature*

City and state:    Boston, Massachusetts

                                 Brendan Garvin, Deputy Clerk
                                 *Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

                                    *Arresting officer's signature*

                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ORLANDO SANTIAGO TORRES, | ) | Case No.  19 - CR - 10459 |
| A/K/A "KING LANDI" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Orlando Santiago Torres, a/k/a "King Landi"                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ❒ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:        12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

Brendan Grabus, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SANDRA CORREA, | ) | Case No. 19 c R 10459 |
| A/K/A "QUEEN DREAM" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sandra Correa, a/k/a "Queen Dream"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                          _____
                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts            _____
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19 CR 10459 |
| MICHAEL CECCHETELLI, | ) | |
| A/K/A "KING MERLIN" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Cecchetelli, a/k/a "King Merlin"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                          _____
                                                          *Issuing officer's signature*

City and state:     Boston, Massachusetts                _____
                                                          J-C                     *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| | | |
| Date: _____ | _____ | |
| | *Arresting officer's signature* | |
| | | |
| | _____ | |
| | *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America )
v. )
) Case No.  19 CR 10459
ESTHER ORTIZ, )
A/K/A "QUEEN INDIA" )
)
)

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      Esther Ortiz, a/k/a "Queen India"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

_Printed name and title_

| Return |
|--------|

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_Arresting officer's signature_

_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-10459 |
| HECTOR MANUEL VEGA, | ) | |
| A/K/A "KING DEMON" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Hector Manuel Vega, a/k/a "King Demon" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019
_____
_Issuing officer's signature_

City and state:      Boston, Massachusetts
_____
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____     _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JORGE RODRIGUEZ, | ) | Case No.  19-CR-10459 |
| A/K/A "KING G" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jorge Rodriguez, a/k/a "King G"                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019                          _____
                                                                    *Issuing officer's signature*

City and state:     Boston, Massachusetts          _____
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>                                                         *Arresting officer's signature*<br><br>                                                         _____<br>                                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> MICHAEL MARRERO, <br> A/K/A "KING CLUMSY" <br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 19 - CR - 10459 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Marrero, a/k/a "King Clumsy"                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                          _____
                                                          *Issuing officer's signature*

City and state:     Boston, Massachusetts        _____
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____          _____ <br> *Arresting officer's signature* <br><br>          _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19-CR-10459 |
| FRANCISCO LOPEZ, | ) | |
| A/K/A "KING CISCO" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Francisco Lopez, a/k/a "King Cisco"                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                    _____
                                                    _Issuing officer's signature_

City and state:    Boston, Massachusetts              _____
                                                    _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                    _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | )  |
|---|---|
| v. | ) |
| GREGORY PEGUERO-COLON, | ) Case No. 19 - CR - 10459 |
| A/K/A "KING TRECE" | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gregory Peguero-Colon, a/k/a "King Trece"                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                     _____
                                              *Issuing officer's signature*

City and state:   Boston, Massachusetts        _____
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

United States of America
v.
JUAN LIBERATO,
A/K/A "KING PRODIGY"

_____
*Defendant*

)
)
)
)
)
)

Case No. 19 · CR - 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Juan Liberato, a/k/a "King Prodigy"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                      _____
                                                                     *Issuing officer's signature*

City and state:    Boston, Massachusetts                  _____
                                                                     *Printed name and title*

| Return |
|--------|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANGEL ROLDAN,<br>A/K/A "KING BIG A," A/K/A "NELTY" | )<br>)<br>)  Case No.  19 - CR - 10459<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Angel Roldan, a/k/a "King Big A," a/k/a "Nelty"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                        _____
                                                            *Issuing officer's signature*

City and state:      Boston, Massachusetts                 _____
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____. |
| Date: _____                        _____<br>                                                                *Arresting officer's signature*<br><br>                                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**FRUTUOSO BARROS,**<br>**A/K/A "KING FRUITY"** | ) ) ) ) ) )  Case No. 19 - CR - 10459 |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Frutuoso Barros, a/k/a "King Fruity"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:    12/04/2019                          _____
                                                 *Issuing officer's signature*

City and state:    Boston, Massachusetts            _____
                                                 *Printed name and title*

| Return |
|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                          _____<br>                                               *Arresting officer's signature*<br><br>                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ROBERT AVITABILE,
A/K/A "BOBBY"

_____
                    Defendant

)
)
)
)
)
)

Case No.    19 CR 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Robert Avitabile, a/k/a "Bobby"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:    12/04/2019                              _____
                                                              _Issuing officer's signature_

City and state:    Boston, Massachusetts          Brendan Garvin    Deputy Clerk
                                                              _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____                              _____<br>                                                              _Arresting officer's signature_<br><br>                                                              _____<br>                                                              _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**TALIYAH BARBOZA,**<br>**A/K/A "QUEEN TALIYAH"**<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19 CR 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Taliyah Barboza, a/k/a "Queen Taliyah"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                  _____
                                                                          *Issuing officer's signature*

City and state:    Boston, Massachusetts          _____
                                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                                                   *Arresting officer's signature*<br><br>                                                                                   _____<br>                                                                                   *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSUE CARRASQUILLO, | ) Case No. 19 CR 10459 |
| A/K/A "KING PLAYBOY" | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Josue Carrasquillo, a/k/a "King Playboy"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                              _____
                                                                                 _Issuing officer's signature_

City and state:     Boston, Massachusetts                   Brenda Gavin, Deputy Clerk
                                                                                 _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                        _____<br>                                                                _Arresting officer's signature_<br><br>                                                                _____<br>                                                                _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL COTTO, | ) | Case No.   19 CR 10459 |
| A/K/A "KING GORDO" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Michael Cotto, a/k/a "King Gordo"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:      12/04/2019                                 _____
                                                              _Issuing officer's signature_

City and state:      Boston, Massachusetts                  Brendan    Deputy Clerk
                                                              _Printed name and title_

| Return |
|---|
|     This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ .  |
| Date: _____               _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |